```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                            ROME DIVISION
```

IN RE:   MARTHA L. SELF,                  {   CHAPTER 13
                                          {
         DEBTOR(S)                        {   CASE NO. R21-41496-PWB
                                          {
                                          {   JUDGE   BONAPFEL

### OBJECTION TO CONFIRMATION

COMES NOW K. Edward Safir, Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s)' payments under the proposed plan are not current.

2. The Debtor(s) has proposed to make payments directly to the Trustee but should be required to have them remitted by payroll deduction.

3. As unsecured creditors may receive less than in a Chapter 7 liquidation, the plan may not conform to 11 U.S.C. Section 1325(a)(4); specifically, the Debtor testified that she transferred a property shortly before filing to her son of approximately $35,000.00 below fair market value.

4. Schedule A fails to correctly reference either the fair market value or debt load on real estate which is the subject of this Chapter 13 estate; specifically, the Debtor testified that her property has a fair market value of approximately $120,000.00 to $130,000.00.

5. All prior bankruptcy cases of the Debtor(s), or pending related bankruptcy cases, may not have been disclosed; thereby, indicating a lack of good faith in proposing the instant repayment plan, possibly in violation of 11 U.S.C. Section 1325(a)(3).

6. The Debtor(s)' Statement of Financial Affairs is inaccurate and/or incomplete; the Trustee is unable to determine the feasibility of the proposed plan. 11 U.S.C. Section 1325(a)(6); specifically, question #4 omits income received in 2019-2021 year to date, question #5 omits non-filing spouse's

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com

social security and pension income and question #18 omits address of transferred property.

    7.  Though the proposed Chapter 13 plan includes provisions in Section 3.2, the appropriate box has not been checked in Section 1.1 possibly rendering those provisions ineffective.

    8.  The Debtor(s) has failed to provide adequate notice to Rocket Mortgage and the Georgia Department of Revenue, in violation of 11 U.S.C. Section 342.

    9.  The Chapter 13 petition fails to include a debt owed to Aqua Finance, in violation of Bankruptcy Rule 1007(a)(1) and 11 U.S.C. Section 1325(a)(3).

    10.  Schedule H fails to provide complete Co-Debtor information for the debt owed to Ally Bank; specifically, for both debts.

    11.  The Debtor(s)' Chapter 13 plan and schedules are inaccurate and/or incomplete; the Trustee is unable to determine either the duration or feasibility of the proposed plan. 11 U.S.C. Sections 1322(d) and 1325(a)(6); specifically, the proposed Chapter 13 plan and schedules should be amended to reflect the model type of a 2018 Dodge.

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

January 12, 2022

                                            /s/
                                   Albert C. Guthrie, Esq.
                                   for Chapter 13 Trustee
                                   GA Bar No. 142399

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com

R21-41496-PWB

## CERTIFICATE OF SERVICE

      This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

MARTHA L. SELF
760 SAGAMORE DR
TUNNEL HILL, GA 30755-9431

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES


This 12th day of January, 2022

         /s
Albert C. Guthrie, Esq.
for Chapter 13 Trustee
GA Bar No. 142399


K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com