UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: MARTHA LOUISE SELF, | { | CHAPTER 13 |
| | { | |
| | { | CASE NO. R21-41496-PWB |
| DEBTOR(S) | { | |
| | { | JUDGE BONAPFEL |

**SUPPLEMENTAL OBJECTION TO CONFIRMATION**

    COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1.  The proposed plan fails to provide for the treatment of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC. However, said creditor has filed a secured arrearage claim.

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

                                                _____/s/_____
                                                Brandi L. Kirkland, Attorney
                                                for Chapter 13   Trustee
                                                GA Bar No. 423627

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

R21-41496-PWB

**CERTIFICATE OF SERVICE**

     This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

MARTHA LOUISE SELF
760 SAGAMORE DRIVE
TUNNEL HILL, GA 30755-9431

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

This 2nd day of February, 2022
              /s/
_____
Brandi L. Kirkland, Attorney
for Chapter 13 Trustee
State Bar No. 423627

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com